

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**ANUMEHA TANYA**
*Senior Counsel*
Tel.: (212) 356-5052
atanya@law.nyc.gov

February 27, 2025

**BY ECF**
Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007



Re: *Rashard Johnson v. City of New York, et. al.*, 24-cv-2043 (KPF)

Your Honor:

    I am a Senior Counsel in the Office of the Muriel Goode-Trufant, Corporation Counsel of the City of New York, representing defendant City of New York ("defendant City") in the above-referenced matter. The parties write to submit their agreed-upon, proposed civil case management plan and to respectfully request that the initial pre-trial conference scheduled for March 4, 2025 be adjourned without date.

    On February 12, 2025, the Court was informed that the mediation, pursuant to the Plan, was unsuccessful in resolving the issues in this matter. E.C.F. No. 9. Thereafter, Your Honor ordered the parties to attend a telephonic initial pretrial conference on March 4, 2025, at 10:00 a.m. and further ordered the parties to submit a joint letter and proposed case management plan by February 27, 2025. E.C.F. No. 10.

    The parties have since conferred to prepare the proposed case management plan. *See attached as* Exhibit A. As there are no outstanding issues to resolve, it is respectfully requested that Your Honor adjourn the initial pre-trial conference without date.

    The parties thank the court for its time and consideration.

Respectfully submitted,

*/s/ Anumeha Tanya*
Anumeha Tanya
*Senior Counsel*

Encl:

cc:     **By ECF**
        Evan Brustein, Esq

Application GRANTED.  The Court understands that the parties wish to adjourn the initial pretrial conference pursuant to the Court's Individual Rule of Practice in Civil Cases 3.B.  That application is GRANTED.  The initial pretrial conference currently scheduled for March 4, 2025, is hereby ADJOURNED *sine die*.

The parties are ORDERED to appear for a pretrial conference on **July 16, 2025, at 12:00 p.m.**, in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.  If the parties wish to be referred to Magistrate Judge Sarah Netburn for a settlement conference before the July 16, 2025 conference, they should file a joint letter seeking referral and adjournment of the conference on or before **July 10, 2025.**

The Court will endorse the parties' proposed case management plan under separate cover.

The Clerk of Court is directed to terminate the pending motion at docket entry 11.

Dated:     February 28, 2025          SO ORDERED.
           New York, New York

                                      *Katherine Polk Failla*

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE